In the Matter of the Application of GEORGE H. WOOSTER, Assignee for the Benefit of Creditors.

[SPECIAL TERM.]

On an application by an assignee for the benefit of creditors for leave to compromise a claim due the assigned estate, where the amount of such claim is small, leave may be granted on the petition and proofs, without ordering a reference.

APPLICATION by an assignee under a general assignment for the benefit of creditors for leave to compromise a claim belonging to the estate.

The facts are stated in the opinion.

VAN HOESEN, J.—The amount of the claim which the assignee seeks to compound is small, and a reference to inquire into the circumstances would doubtless cost more than the sum which would be received on the composition. Whilst I shall, in view of the small amount involved, sign the order, I call attention to the fact that the petition is on information and

belief merely, and that the name of the informant and the reason why the affidavit is not made by him, are not stated, nor is any other evidence produced to support the petition.

Application granted.